DAVID W. KESSELMAN (SBN 203838) kesselman@glwllp.com
TREVOR V. STOCKINGER (SBN 226359) stockinger@glwllp.com
KORAL E. FUSSELMAN (SBN 287744) fusselman@glwllp.com
GOLDBERG, LOWENSTEIN & WEATHERWAX LLP
11400 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 307-4500
Facsimile: (310) 307-4509

JS-6

MICHAEL D. McLACHLAN (SBN 181705) mike@Mclachlanlaw.com
LAW OFFICES OF MICHAEL D. McLACHLAN, APC
10490 Santa Monica Boulevard
Los Angeles, California 90025
Telephone: (310) 954-8270
Facsimile: (310) 954-8271

*Attorneys for Plaintiffs*

JONATHAN M. TURNER (SBN 102579) jmt@epsteinturnerweiss.com
J. PAT FERRARIS (SBN 267223) jpf@epsteinturnerweiss.com
EPSTEIN TURNER WEISS, A Professional Corporation
633 W. Fifth Street, Suite 3330
Los Angeles, California 90071
Telephone:  (213) 861-7487
Facsimile:   (213) 861-7488

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

*Attorneys for Defendant County of Ventura*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVETTE ANDERSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF VENTURA, et al. <br><br> Defendants. | Case No.: CV 13-3517-SJO (JCGx) <br><br> *Consolidated with:* <br> CV 13-5424-SJO (JCGx); <br> CV 13-6655-SJO (JCGx); <br> CV 13-7551-SJO (JCGx); <br> CV 13-9170-SJO (JCGx); <br> CV 14-00255-SJO (JCGx) <br><br> [PROPOSED] JUDGMENT |

---

1

**JUDGMENT**

| | |
|---|---|
| GINA DANIELS,<br>            Plaintiff,<br>    vs.<br>COUNTY OF VENTURA, et al.<br>            Defendants. | CV 13-05424-SJO (JCGx) |
| ERICA BOOKER, et al.,<br>            Plaintiffs,<br>    vs.<br>COUNTY OF VENTURA, et al.,<br>            Defendants. | CV 13-06655-SJO (JCGx) |
| CHRISTOPHER CARPENTER,<br>            Plaintiff,<br>    vs.<br>COUNTY OF VENTURA, et al.,<br>            Defendants. | CV 13-07551-SJO (JCGx) |
| KARI BERNOR, et al.,<br>            Plaintiffs,<br>    vs.<br>COUNTY OF VENTURA, et al.,<br>            Defendants. | CV 13-09170-SJO (JCGx) |
| SAIDA GONZALEZ,<br>            Plaintiff,<br>    vs.<br>COUNTY OF VENTURA, et al.,<br>            Defendants. | CV 14-00255-SJO (JCGx) |

# JUDGMENT

This judgment applies to the following consolidated series of actions brought under the Federal Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA"): *Yvette Anderson et al. v. County of Ventura* (CV13-03517-SJO-JCG); *Gina Daniels v. County of Ventura* (CV13-05424- SJO-JCG); *Erica Booker et al. v. County of Ventura* (CV13-06655- SJO-JCG); *Christopher Carpenter et al. v. County of Ventura* (CV13-07551 SJO-JCG); *Kari Bernor et al v. County of Ventura* (CV13-09170 SJO-JCG); and *Saida Gonzalez v. County of Ventura* (CV14-00255- SJO-JCG).

Plaintiffs filed these actions against Defendant County of Ventura for its failure to pay overtime as mandated by the FLSA. The Joint Stipulation of Settlement and Release ("Stipulation of Settlement"), a copy of which is attached and expressly incorporated herein as Exhibit 1, was signed by all 137 Plaintiffs and Opt-In Class Members and Defendant County of Ventura. All parties were represented by experienced Counsel.

The Court, having carefully reviewed the terms of the Stipulation of Settlement, hereby determines that the settlement is fair and reasonable, and in the public interest. The settling parties are directed to consummate the Settlement in accordance with the terms of the Stipulation of Settlement.

The Court retains jurisdiction over these consolidated actions and the Parties for all matters relating to the administration, interpretation, effectuation or enforcement of the Stipulation of Settlement and this Final Judgment, including the award of attorneys' fees and costs.

All claims in the consolidated actions are DISMISSED WITH PREJUDICE pursuant to the terms of the Stipulation of Settlement.

1   The Court shall separately address the award of attorneys' fees and costs by
2   separate motion to be filed by the parties.
3   The parties are first ordered to negotiate and attempt to reach a settlement
4   regarding fees and costs.

6   IT IS SO ORDERED.

8   DATED: October 15, 2014.

_____
HON. S. JAMES OTERO
United States District Court Judge